RECEIVED
JUL 31 2000
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

FILED
JUL 31 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )   No. 4:98 CR 177 DJS (TIA)
                                   )   No. 4:97 CR 290 DJS (TIA)
CHARLES THOMAS SELL                )   (Consolidated)
                                   )
        Defendant.                 )

FILED
AUG 1 0 2000
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

### DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD

Comes now Defendant Charles Thomas Sell, through his attorneys, and moves the Court to permit him to supplement the record with regard to the issue of the involuntary administration of anti-psychotic medication by presenting to the Court those military records which were presented at his administrative hearing at the Federal Medical Center in Springfield.

Addendum Exhibit A to Defendant's post-hearing memorandum concerning involuntary medication, is the involuntary medication report of Dr. C. D. Glazzard. This report notes the above-referenced Army records at pages 5 and 6, specifically numbered paragraph 7 on page 6, which references the receipt into the records of these matters.

Addendum Exhibit C to the same post-hearing pleading is the involuntary medication hearing appeal response, which again notes that military documents were admitted into the record.

```
                UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                            INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/14/00 by ksterret
            4:97cr290     USA vs Sell


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Thomas Caradonna -  2779          Fax: 314-241-6056
Linda Hogan -  69095              Fax: 314-721-1710
Frank Kaveney -  3527             Fax: 314-862-4484
Lee Lawless -  3650               Fax: 314-421-3177
James Lownsdale -  3708           Fax: 314-993-3367
Arthur Margulis -  7883           Fax: 314-721-1710
Dorothy McMurtry -  6703          Fax: 314-539-7695
Barry Short -  4358               Fax: 314-241-6056
```

SCANNED & FAXED BY:

AUG 1 4 2000

C. D. P.